196 F.2d 501
 UNITED STATES of America ex rel. Charles J. SATHRE, Acting
Special Agent, Bureau of Internal Revenue, Appellant,
v.
THIRD NORTHWESTERN NATIONAL BANK.
 No. 14572.
 United States Court of Appeals Eighth Circuit.
 April 7, 1952.
 
 C.U. Landrum, U.S. Atty., and Miles W. Lord, Asst. U.S. Atty., St. Paul, Minn., for appellant.
 Grant Anderson, Minneapolis, Minn., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on stipulation of parties. 102 F.Supp. 879.